FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 25, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSH WISE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,<br><br>　　　　　　Defendant. | NO. 2:24-CV-0362-TOR<br><br>ORDER DENYING RECONSIDERATION |

BEFORE THE COURT is Plaintiff's Expedited Motion for Reconsideration. ECF No. 11.

This Court, sitting in the Eastern District of Washington, does not have jurisdiction over a State of California agency.

A motion for reconsideration of a judgment may be reviewed under either Federal Rule of Civil Procedure 59(e) (motion to alter or amend a judgment) or Rule 60(b) (relief from judgment). *Sch. Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is

ORDER DENYING RECONSIDERATION ~ 1

presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Id*. at 1263; *United Nat. Ins. Co. v. Spectrum Worldwide, Inc.*, 555 F.3d 772, 780 (9th Cir. 2009) (citation omitted).  Whether to grant a motion for reconsideration is within the sound discretion of the court. *Navajo Nation v. Confederated Tribes and Bands of the Yakima Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Expedited Motion for Reconsideration, ECF No. 11, is **DENIED**.

2. The case remains **CLOSED**.

The District Court Executive is directed to enter this Order and furnish a copy to Plaintiff.

**DATED** November 25, 2024.



THOMAS O. RICE
United States District Judge

ORDER DENYING RECONSIDERATION ~ 2